UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARTIN LEE FOSTER, | No. 2:19-cv-2333-WBS-EFB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SGT. SMOLICH, et al., | |
| Defendants. | |

This civil rights action was closed on July 6, 2020, for the reasons set forth in the court's April 7, 2020 screening order. ECF Nos. 5, 7. On January 14, 2021, plaintiff filed a letter to the Clerk of the Court. ECF No. 9. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: January 19, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE